**ORIGINAL**

*MEMO ENDORSED*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X

JET INTERNATIONAL LOGISTICS CO., Ltd,

    Plaintiff,

vs.

TOP AIR EXPRESS, LLC, B.M. LAW a/k/a B.M. LUO a/k/a DABIAO LUO, MARTIN ZHU a/k/a CHUANNING ZHU, JOHN DOES 1-10, JANE DOES 1-10, AND ABC-XYC CORP. 1-10,

    Defendants.

--------------------------------------------------------- X

CASE NO.: 1:23-cv-01330-LLS

MOTION ON CONSENT FOR EXTENSION OF BRIEFING SCHEDULE

Plaintiff, Jet International Logistics Co., Ltd. ("Jet"), by and through its undersigned counsel, Wong, Wong & Associates, P.C., respectfully moves for an extension of time, from October 12, 2023, to October 26, 2023, to file its opposition to the Motion to Dismiss filed by Defendants, Top Air Express and Martin Zhu [dkt. #14]. The Defendants will then have two weeks, or until November 9, 2023, to reply to Plaintiff's opposition.

Counsel for the Defendants consents to this extension.

Dated: October 6, 2023
New York, NY

Respectfully submitted,

/s/ Michael A. Zamat
Michael A. Zamat
Wong, Wong & Associates, P.C.
*Attorneys for Plaintiffs*
40 Wall St., Floor 28
New York, NY 10005
Tel: 212.566.8080

*Granted. So Ordered.*
*Louis L. Stanton*
*10/6/23*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/23

## CERTIFICATION

The undersigned certifies that on this 6th day of October 2023, the foregoing was filed electronically and notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Michael A. Zamat
Michael A. Zamat