# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

JET INTERNATIONAL LOGISTICS CO., LTD,

                        Plaintiff,

    -against-                                  23 **CIVIL** 1330 (LLS)

                                                  **JUDGMENT**

TOP AIR EXPRESS, LLC, B.M. LAW a/k/a
B.M. LUO a/k/a DABIAO LUO, MARTIN
ZHU a/k/a CHUANNING ZHU, JOHN DOES
1-10, JANE DOES 1-10, AND ABV-XYC
CORP. 1-10.,

                        Defendants.

-----------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo Endorsed Order dated November 20, 2023, as the Court lacks subject matter jurisdiction, the Amended Complaint is dismissed without prejudice.

**Dated:**  New York, New York

      November 21, 2023

                                                                **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                            **BY:**           *K. Mango*

                                                                      **Deputy Clerk**